UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN RUSH,

        Plaintiff,

                                            Case No. 1:11-cv-424

v.                                           Hon. Hugh W. Brenneman, Jr.

DOUGLAS R. LLOYD,

        Defendant.
                                            /

**JUDGMENT**

        In accordance with the Opinion and Order entered this date, Judgment is entered in favor of defendant and against plaintiff.

Dated:  September 24, 2012                        /s/ Hugh W. Brenneman, Jr.
                                                            HUGH W. BRENNEMAN, JR.
                                                             United States Magistrate Judge